**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0843-WJM-MJW

DANIEL GARCIA,

    Plaintiff,

v.

RYAN LANDRETH, in his individual capacity,
CINDY GOMEZ, in her individual capacity,
EVAN GARCIA, in his individual capacity,
BRYAN KONCIJILA, in his individual capacity,
IRENE BASTA, in her individual capacity,
ANA GUAGLIARDO, in her individual capacity, and
JASON RAGAN, in his individual capacity,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS CERTAIN PARTIES

This matter is before the Court on the Parties' Stipultated Motion to Dismiss Defendants Garcia, Koncilja, Basta, Guagliardo and Ragan Pursuant to Rule 41(a)(1), filed November 19, 2013 (ECF No. 25). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. Defendants Evan Garcia, Bryan Koncilja, Irene Basta, Anna Guagliardo, and Jason Ragan are hereby DISMISSED WITH PREJUDICE. Each party shall bear their own attorney's fees and costs.

Dated this 19th day of November, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge